# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **RODERICK R. JOHNSON,** : | |
| : | |
| Petitioner, : | |
| VS. : | |
| : | NO. 4:18-CV-00258-CDL-CHW |
| **Warden CLINTON PERRY, JR.,** : | |
| : | |
| Respondent. : | |
| _____ : | |

## ORDER

Presently pending before the Court is *pro se* Petitioner Roderick R. Johnson's motion for leave to proceed *in forma pauperis* on appeal (ECF No. 41). On December 20, 2019, Petitioner paid the applicable filing fee. Accordingly, Petitioner's motion for leave to proceed *in forma pauperis* on appeal is **DENIED as moot.**

**SO ORDERED**, this 3rd day of January, 2020.

                                              s/ Charles H. Weigle
                                              Charles H. Weigle
                                              United States Magistrate Judge