IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

RODERICK R. JOHNSON,  *

    Petitioner,  *

vs.  *

    CASE NO. 4:18-CV-258 (CDL)

Warden CLINTON PERRY, JR.,  *

    Respondent.  *

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 2, 2019 is hereby approved, adopted, and made the Order of the Court.

The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 22nd day of January, 2020.

    S/Clay D. Land
    CLAY D. LAND
    CHIEF U.S. DISTRICT COURT JUDGE
    MIDDLE DISTRICT OF GEORGIA